AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following

☐ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT | |
|---|---|---|---|
| PLAINTIFF | | DEFENDANT | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Joel Benjamin Rothman (4682945420@filings.docketbird.com,
docket@sriplaw.com, joel.rothman@sriplaw.com), Judge Jose E. Martinez
(martinez@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<23566372@flsd.uscourts.gov>
Subject:Activity in Case 1:23-cv-21268-JEM Roe 1 et al v. The Individuals, Partnerships and
Unincorporated Associations Identified on Schedule A Order Dismissing/Closing Case
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Florida**

**Notice of Electronic Filing**

The following transaction was entered on 7/31/2023 at 9:09 PM EDT and filed on 7/31/2023

| | |
|---|---|
| **Case Name:** | Roe 1 et al v. The Individuals, Partnerships and Unincorporated Associations Identified on Schedule A |
| **Case Number:** | 1:23-cv-21268-JEM |
| **Filer:** | |
| **WARNING: CASE CLOSED on 07/31/2023** | |
| **Document Number:** | 14(No document attached) |

**Docket Text:**
**PAPERLESS ORDER. Closing Case *(Without Prejudice)*. Signed by Judge Jose E. Martinez on 7/31/2023.** (kin)

**1:23-cv-21268-JEM Notice has been electronically mailed to:**

Joel Benjamin Rothman     joel.rothman@sriplaw.com, 4682945420@filings.docketbird.com, docket@sriplaw.com

**1:23-cv-21268-JEM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**