UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-21268-CIV-MARTINEZ-BECERRA

RICHARD ROE 1, RICHARD ROE 2,
RICHARD ROE 3, and RICHARD ROE 4,

    Plaintiffs,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

    Defendants.
_____/

## ORDER GRANTING MOTION TO PROCEED UNDER A PSEUDONYM

**THIS CAUSE** came before the Court on Plaintiffs' Motion to For Leave to Temporarily Proceed Under a Pseudonym ("Motion"). (ECF No. 4.) After careful consideration, it is hereby **ORDERED and ADJUDGED** that:

Plaintiffs' Motion, (ECF No. 4), is **GRANTED**. Plaintiffs shall reveal their actual names once Defendants have been served with the temporary restraining order, and once Plaintiffs have subpoenaed the third-party payment processors and online marketplaces to instruct them to restrain Defendants' assets and suspend their online stores.

**DONE AND ORDERED** in Miami, Florida, this 9 day of August, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record