**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO.: 1:23-cv-21268**

RICHARD ROE 1, RICHARD ROE 2, RICHARD ROE 3, AND RICHARD ROE 4,

    Plaintiffs,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

    Defendants.

## NOTICE OF FILING

Plaintiffs RICHARD ROE 1, RICHARD ROE 2, RICHARD ROE 3, AND RICHARD ROE 4, by and through their undersigned counsel, pursuant to the court's Temporary Restraining Order filed under Seal on August 9, 2023 hereby file the attached bond required in the amount of $10,000.00.

Dated: August 17, 2023

Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiffs* RICHARD ROE 1, RICHARD ROE 2, RICHARD ROE 3, AND RICHARD ROE 4