UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21268

RICHARD ROE 1, RICHARD ROE 2, RICHARD ROE 3, AND RICHARD ROE 4,

    Plaintiffs,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

    Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** ANGELA M. NIEVES of SRIPLAW, P.A. hereby gives notice of her appearance as counsel on behalf of Plaintiffs, RICHARD ROE 1, RICHARD ROE 2, RICHARD ROE 3 and RICHARD ROE 4, and requests service upon her of all pleadings and papers filed herein.

Dated: August 21, 2023

/s/ *Angela M. Nieves*
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com

SRIPLAW, P.A.
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiffs Richard Roe 1, Richard Roe 2, Richard Roe 3, and Richard Roe 4*