UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO.: 1:23-cv-21268**

RICHARD ROE 1, RICHARD ROE 2,
RICHARD ROE 3, AND RICHARD ROE 4,

    PLAINTIFFS,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

    DEFENDANTS.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 5

Plaintiffs RICHARD ROE 1, RICHARD ROE 2, RICHARD ROE 3, and RICHARD ROE 4, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action **without** prejudice as against the Defendant mrbronson79 (Defendant No. 5 on Schedule "A").

Dated:  September 1, 2023        Respectfully submitted,

                                      */s/ Joel Benjamin Rothman*
                                      Joel Benjamin Rothman
                                      joel@sriplaw.com
                                      21301 Powerline Road
                                      Suite 100
                                      Boca Raton, FL - 33433
                                      +1 (561) 404-4335561.404.4353 - Facsimle

                                      *Counsel for Plaintiff, ROGER TAYLOR, JOHN TAYLOR, SIMON LE BON, and NICHOLAS RHODES*

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK