UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21268

RICHARD ROE 1, RICHARD ROE 2,
RICHARD ROE 3, AND RICHARD ROE 4,

    PLAINTIFFS,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

    DEFENDANTS.

## PLAINTIFFS' MOTION TO UNSEAL

Plaintiffs RICHARD ROE 1, RICHARD ROE 2, RICHARD ROE 3, and RICHARD ROE 4, by and through their undersigned counsel, hereby submit this Motion to Unseal. Plaintiffs request the Court unseal the case including all pleadings and orders filed under seal in this matter.

On April 7 2023, Plaintiff filed its Motion to Seal Certain Filings Containing Identifying Information About the Defendants (ECF No. 5), in accordance with Local Rule 5.4(b) and (d). The Court granted this request (ECF No. 10). As of September 12, 2023, Plaintiff has served 181 of the 192 Defendants listed on Schedule "A" that remain in the case. Plaintiff will proceed to enter all Defendants into CM/ECF and add them as defendants in this case.

Plaintiff now moves for the Court to unseal the case docket and all entries that remain under seal.

**SRIPLAW**
California ◆ Georgia ◆ Florida ◆ Tennessee ◆ New York

DATED: September 13, 2023					Respectfully submitted,

/s/ Joel B. Rothman
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Richard Roe 1, Richard Roe 2, Richard Roe 3, and Richard Roe 4*