UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21268-JEM

RICHARD ROE 1, RICHARD ROE 2,
RICHARD ROE 3, AND RICHARD ROE 4,

      PLAINTIFFS,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

      DEFENDANTS.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 20

Plaintiffs RICHARD ROE 1, RICHARD ROE 2, RICHARD ROE 3, and RICHARD ROE 4, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action **without** prejudice as against beautiful-vinyl (Defendant No. 20 on Schedule "A").

Dated:  September 15, 2023

      Respectfully submitted,

      */s/ Joel Benjamin Rothman*
      Joel Benjamin Rothman
      joel@sriplaw.com
      21301 Powerline Road
      Suite 100
      Boca Raton, FL - 33433
      +1 (561) 404-4335
      561.404.4353 - Facsimile

      *Counsel for Plaintiffs Richard Roe 1, Richard Roe 2, Richard Roe 3, and Richard Roe 4*

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK