UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21268

RICHARD ROE 1, RICHARD ROE 2,
RICHARD ROE 3, AND RICHARD ROE 4,

      PLAINTIFFS,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

      DEFENDANTS.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 47 & 83

Plaintiffs RICHARD ROE 1, RICHARD ROE 2, RICHARD ROE 3, and RICHARD ROE 4, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action as against the following defendant **without** prejudice:

    a.  signed_sealed_delivered_2011 (Defendant No. 47 on Schedule "A").

The following Defendant is dismissed from this action **with** prejudice:

    b.  pats_store (Defendant No. 83 on Schedule "A").

Dated:  September 18, 2023           Respectfully submitted,

                                                  */s/ Joel Benjamin Rothman*
                                                  Joel Benjamin Rothman
                                                  joel@sriplaw.com
                                                  21301 Powerline Road
                                                  Suite 100

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

Boca Raton, FL - 33433
+1 (561) 404-4335561.404.4353 - Facsimle

*Counsel for Plaintiff, ROGER TAYLOR, JOHN TAYLOR, SIMON LE BON, and NICHOLAS RHODES*