UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21268-JEM

ROGER TAYLOR, JOHN TAYLOR, SIMON
LE BON, and NICHOLAS RHODE,

      Plaintiffs,

v.

THE INDIVIDUALS, PARTNERSHIPS, and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

**CERTIFICATE OF SERVICE**

    I certify and declare that I am over the age of 18 years, employed in Palm Beach County and an attorney for Plaintiffs, ROGER TAYLOR, JOHN TAYLOR, SIMON LE BON, and NICHOLAS RHODES, in the above-captioned action.

    On August 29, 2023, I served process on Defendants identified on Schedule A as numbered 64 - 93 [1] by emailing these defendants the Complaint and summons issued in this action, and the link http://www.sriplaw.com/notice where the full text of the Complaint, exhibits thereto, Temporary Restraining Order, and the full text of all other documents filed in this action are available to view and download in compliance with this Court's Order on Alternate Service. (ECF 25).

    The emails for these defendants were produced to the undersigned by the internet marketplace **eBay.**

---

[1] Schedule "A" to the Complaint in this action is sealed pursuant to the Court's Order entered at ECF 12.

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 20, 2023

Respectfully submitted,

*/s/ Angela M. Nieves*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiffs ROGER TAYLOR, JOHN TAYLOR, SIMON LE BON, and NICHOLAS RHODES*