UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21268-JEM

RICHARD ROE 1, RICHARD ROE 2,
RICHARD ROE 3, and RICHARD ROE 4,

    Plaintiffs,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 72

Plaintiffs RICHARD ROE 1, RICHARD ROE 2, RICHARD ROE 3, and RICHARD ROE 4, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action as against the following defendant **without** prejudice:

    a. outsidetheboxmedia (Defendant No. 72 on Schedule "A").

Dated: October 2, 2023

Respectfully submitted,

*/s/ Joel Benjamin Rothman*
Joel Benjamin Rothman
joel@sriplaw.com
21301 Powerline Road
Suite 100
Boca Raton, FL - 33433
(561) 404-4335 - Phone
561.404.4353 - Facsimile

*Counsel for Plaintiffs Richard Roe 1, Richard Roe 2, Richard Roe 3, and Richard Roe 4*

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK